## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

KEVIN DARNELL BANKS,

        Petitioner,

        v.

J. HOLLINGSWORTH,

        Respondent.

Civ. No. 13-4023 (RBK)

**ORDER**

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___25___ day of ___September___, 2013,

ORDERED that the petition for writ of habeas corpus is dismissed; and it is further

ORDERED that within thirty (30) days of the date of this Order that petitioner may file with the Clerk a written statement showing cause and prejudice or that a fundamental miscarriage of justice would result from a failure to entertain the petition; and it is further

ORDERED that if petitioner files such a statement within thirty days, then this Court will reopen the case and consider petitioner's arguments; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on petitioner by regular U.S. Mail; and it is further

ORDERED that the Clerk shall close this case.

_____
ROBERT B. KUGLER
United States District Judge

1